IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:21-cv-406 |
| WARDEN NORSWORTHY, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Brandon Williams, an inmate confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Plaintiff has filed a motion (doc. #9) seeking preliminary injunctive relief. Plaintiff asks the court to direct the law library clerk to provide notary services and statements regarding inmate trust accounts.

Analysis

A party seeking a preliminary injunction must establish the following: (1) there is a substantial likelihood he will prevail on the merits; (2) a substantial threat exists that irreparable harm will result if injunctive relief is denied; (3) the threatened injury outweighs the threatened harm to Defendants and (4) granting relief will not disserve the public interest. *Byrum v. Landreth*, 566 F.3d 442, 445 (5th Cir. 2009). Injunctive relief should be granted only if the party has clearly carried the burden of persuasion as to all four elements. *Bluefield Water Ass'n, Inc. v. City of Starkville, Miss.*, 577 F.3d 250, 253 (5th Cir. 2009).

Plaintiff has failed to identify any occasion on which he has been denied notary services. Further, Plaintiff has provided the court with a properly certified inmate trust account statement. As a result, it cannot be concluded there is a substantial threat that irreparable harm will result if relief is not granted. Plaintiff's motion should therefore be denied.

## Recommendation

Plaintiff's Motion for a Preliminary Injunction should be denied.

## Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

Failure to object bars a party from (1) *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, (5th Cir. 1996).

**SIGNED this the 28th day of July, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE