IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRANDON WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv406 |
| CHRISTOPHER NORSWORTHY, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Brandon Williams, proceeding *pro se*, filed this civil rights lawsuit against Christopher Norsworthy and Kevin Smith. The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion for summary judgment filed by the defendants be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(b)(2). No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 93] is ADOPTED as the opinion of the Court. The motion for summary judgment [Dkt. 83] is GRANTED. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 16th day of August, 2024.**

Michael J. Truncale
United States District Judge